```
              FILED
       CLERK, U.S. DISTRICT COURT

            8/4/14

     CENTRAL DISTRICT OF CALIFORNIA
     BY:  CS            DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re:

GGW Brands, LLC
GGW Marketing, LLC

DEBTOR.

DISTRICT COURT CASE NUMBER
CV14-6108-FMO

BANKRUPTCY COURT CASE NUMBER
2:13-bk-15130-sk

ADVERSARY CASE NUMBER
N/A

**NOTICE OF REFERRAL OF BANKRUPTCY MATTER**

To: All Counsel / Parties of Record

    This matter has been referred to the U.S. District Court, civil case number  CV14-6108-FMO  and assigned to the calendar of Judge  Fernando M. Olguin  for  Report and recommendation to district court for withdrawal of reference and for determination of possible incarceration for civil contempt.

    All subsequent documents must be e-filed in the U.S. District Court and the caption must include the Bankruptcy Case Number, Adversary Case Number and District Court Case Number. Unless otherwise ordered by the Court, pro se litigants shall continue to present all documents to the Clerk for filing in paper format. Documents received by the Clerk from pro se litigants under this rule will be scanned into the CM/ECF System.

    It is very important to include the initials after the District Court case number because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

8/4/14
Date

By  C. Sawyer
Deputy Clerk

cc: Bankruptcy Judge

CV-64 (9/13)      **NOTICE OF REFERRAL OF BANKRUPTCY MATTER**