MICHAEL D. KOLODZI, STATE BAR NO. 255772
**KOLODZI LAW FIRM**
433 N. Camden Dr., Suite 600
Beverly Hills, CA 90210
Tel.: (310) 279-5212
Fax: (866) 571-6094
E-mail: mdk@mdklawfirm.com

SHAWN HOLLEY, STATE BAR NO. 136811
**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Tel.: (310) 566-9800
Fax: (310) 566-9850
E-mail: sholley@kwikalaw.com

Attorneys for JOSEPH R. FRANCIS and
PERFECT SCIENCE LABS, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| In re<br><br>GGW BRANDS, LLC,<br>GGW DIRECT, LLC,<br>GGW EVENTS, LLC,<br>GGW MAGAZINE, LLC, and<br>GGW MARKETING, LLC<br><br>            Debtors.<br><br>This pleading affects:<br>All Debtors                    ☒<br>GGW Brands, LLC              ☐<br>GGW Direct, LLC              ☐<br>GGW Events, LLC              ☐<br>GGW Magazine, LLC            ☐<br>GGW Marketing, LLC           ☐ | USDC Case No.: 14-CV-6108-FMO<br><br>Jointly Administered<br>Under BK. Ct. Case No. 2:13-bk-15130-SK<br><br>Adv, Proc. No.<br>2:13-ap-01468-SK<br><br>Chapter 11<br><br>**OBJECTIONS TO CONDITIONAL REQUEST FOR ORDER TO CROSS-EXAMINE JOSEPH R. FRANCIS, ABBEY WILSON, AND TERRY WILLISTON**<br><br>Hearing:<br>Date:     November 13, 2014<br>Time:    11:00 a.m.<br>Location: 312 N. Spring St.<br>              Ctrm 22<br>              Los Angeles, CA 90012 |

JOSEPH R. FRANCIS ("FRANCIS") and PERFECT SCIENCE LABS, LLC ("PSL") file the following objections to the Conditional Request, Pursuant to Local Rule 7-8, To Cross-Examine Joseph R. Francis, Abbey Wilson, and Terry Williston (Doc. 14) filed by R. Todd Neilson, Chapter 11 Trustee, and purportedly GGW Marketing, LLC :

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. TERRY WILLISTON IS BEYOND THE SUBPOENA POWER OF THE COURT AND IS NOT RESONABLY AVAILABLE TO JOSEPH FRANCIS OR PSL

Local Rule 7-8 permits "a party desiring to cross-examine any declarant who is not beyond the subpoena power of the Court and who is reasonably available to the party offering the declaration" to request an order to cross examine a declarant in connection with a motion where an issue of fact is to be determined.

In the present case, the Declarations of Terry Williston attached as Exhibits D and F to the Objections to Report and Recommendations (Doc. 5) make clear that Mr. Williston is not a citizen of the United States, is not present in the United States, and does not do business in the United States. Williston Declaration, Exh. D to Doc. 5 ("Original Williston Decl."), ¶2; Williston Declaration, Exhibit F to Doc. 5 ("Supplemental Williston Decl."), ¶2

Therefore, Mr. Williston is outside the subpoena power of this Court.

In addition, Mr. Williston has refused to make himself available for any cross examination. Declaration of Joseph Francis filed concurrently herewith ("Francis Decl."), ¶4. Therefore, Mr. Williston is not reasonably available to the parties.

For such reasons, the request for an order with respect to Mr. Terry Williston must be denied by this Court.

## II. ABBEY WILSON AND JOSEPH FRANCIS, WHO ARE PRESENTLY LOCATED IN MEXICO, ARE NEW PARENTS OF PREMATURE BABY GIRLS WHO ARE NOT YET CITIZENS OF THE UNITED STATES AND MAY NOT TRAVEL

With respect to Abbey Wilson and Joseph Francis, they are currently located in Mexico and have been since the birth of their twin girls prematurely on October 7, 2014. Francis Decl., ¶2; Declaration of Abbey Wilson filed concurrently herewith ("Wilson Decl."), ¶2.

The babies are not free to travel due to health concerns relating to their premature status. Wilson Decl., ¶3

In addition, the babies, who were born in Mexico, do not yet have papers evidencing their

1 United States citizenship and therefore do not yet have United States passports. Wilson Decl., ¶4.

2    It would be inequitable and jeopardize the health, safety and welfare of the babies for this
3 Court to order that Abbey Wilson, the mother, and Joseph Francis, the father, travel to the United
4 States based solely upon an indication by the opposing party in its Request to Cross-Examine that
5 such party "might" want to cross-examine Ms. Wilson and Mr. Francis at the hearing.

6    It is proposed that if the testimony of Ms. Wilson and/or Mr. Francis is deemed warranted
7 and necessary, either their depositions be taken in Mexico prior to the hearing, as permitted by
8 Local Rule 7-8, or they be permitted to testify by telephone at the hearing if their testimony is
9 deemed necessary on the date of hearing.

10    Dated: November 3, 2014

**KOLODZI LAW FIRM**

By: */s/ Michael D. Kolodzi*
    Attorneys for Joseph Francis and
    Perfect Science Labs, LLC

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**

By: */s/ Shawn Holley*
    Attorneys for Joseph Francis and
    Perfect Science Labs, LLC

Case No. 2:13-CV-6108-FMO

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on November 3, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 3, 2014                    /s/ *Michael D. Kolodzi*
                                           Michael D. Kolodzi