SHAWN HOLLEY, STATE BAR NO. 136811
**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Tel.: (310) 566-9800
Fax: (310) 566-9850
E-mail: sholley@kwikalaw.com

MICHAEL D. KOLODZI, STATE BAR NO. 255772
**KOLODZI LAW FIRM**
433 N. Camden Dr., Suite 600
Beverly Hills, CA 90012
Tel.: (310) 279-5212
Fax: (866) 571-6094
E-mail: mdk@mdklawfirm.com

Attorney for JOSEPH R. FRANCIS and
PERFECT SCIENCE LABS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re<br><br>GGW BRANDS, LLC,<br>GGW DIRECT, LLC,<br>GGW EVENTS, LLC,<br>GGW MAGAZINE, LLC, and<br>GGW MARKETING, LLC<br><br>        Debtors.<br><br>This pleading affects:<br>All Debtors        ☒<br>GGW Brands, LLC   ☐<br>GGW Direct, LLC    ☐<br>GGW Events, LLC    ☐<br>GGW Magazine, LLC  ☐<br>GGW Marketing, LLC  ☐ | USDC Case No.: 14-CV-6108-FMO<br><br>Jointly Administered<br>Under BK. Ct. Case No. 2:13-bk-15130-SK<br><br>Adv. Proc. No.<br>2:13-ap-01468<br><br>Chapter 11<br><br>**DECLARATION OF JOSEPH FRANCIS IN SUPPORT OF OBJECTIONS TO CONDITIONAL REQUEST TO CROSS EXAMINE JOSEPH R. FRANCIS, ABBEY WILSON, AND TERRY WILLISTON**<br><br>Hearing:<br>Date:     November 13, 2014<br>Time:    11:00 a.m.<br>Location: 312 N. Spring St., Ctrm 22<br>             Los Angeles, CA 90012 |

**DECLARATION**

I, JOSEPH FRANCIS, declare as follows:

1. I am an individual over the age of 18 years of age. I have personal knowledge of the facts set forth herein.

2. On October 7, 2014, Abbey Wilson gave premature birth to twin girls in Mexico and I am the father. I have not traveled since that date except to take the babies to where I am residing in Mexico.

3. I am willing to make myself available for a deposition in Mexico prior to trial and/or participate by telephone at the hearing on this matter.

4. I asked Terry Williston if he would be willing to come to the United States to be cross-examined in connection with his Declarations in this matter and/or participate by telephone in the hearing, and he declined.

I declare the foregoing to be true and correct under penalty of perjury of the laws of the United States.

November 3, 2014

Joseph Francis

**DECLARATION**

Case No. 2:13-CV-6108-FMO

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on November 3, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 3, 2014                    /s/ *Michael D. Kolodzi*
                                           Michael D. Kolodzi