UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6108 FMO | Date | May 7, 2015 |
|---|---|---|---|
| Title | In Re: GGW Brands, LLC, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Michael D. Kolodzi | Colleen M. Keating |
| | Robert J. Pfister |

**Proceedings:**     **ORAL ARGUMENT ON BANKRUPTCY MOTION**

Counsel waive their right to present oral argument and submit on the underlying bankruptcy matter.

An order with the court's ruling will issue.

IT IS SO ORDERED.

|  | 00 | : | 01 |
|---|---|---|---|
| | Initials of Preparer | | vdr |